IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

V                                               3:10-00260-3

AHMAD ABULNASIR AHMAD

## MOTION TO JOIN DEFENDANT ALI'S MOTION TO SEVER COUNTS

*[Handwritten annotation: Order — This motion is granted. /s/ [Judge] 1-12-12]*

Comes the defendant by and through counsel to move this Honorable Court to join in defendant Musse Ahmed Ali's Motion to Sever Counts in the above cause, (Document 1060, filed 1-11-2012) and would move the Court to sever counts one and two as to Mr. Ahmad Abulnasir Ahmad from the other counts in the indictment.

For grounds Mr. Ahmad would show at that he is only charged in counts one and two of the Second Superceding Indictment, and not charged with others in any other conspiracy, particularly the credit card conspiracy.

Federal Rules of Criminal Procedure allow the Court to separate Counts of an indictment where the joinder of offenses appears to prejudice a defendant. F.R.Crim.P 14(a)

Here, Mr. Ahmad the Superceding Indictment joins Mr. Ahmad with those accused of conducting a credit card scheme in which Mr. Ahmad is not charged.

In the interest of justice, Mr. Ahmad's charges in Count One and Two should be separated from the other charge in the indictment.