IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

V                                          3:10-00260-3

AHMAD ABULNASIR AHMAD

MOTION TO BE ALLOWED TO JOIN
MOTIONS FILED BY CO-DEFENDANTS

Comes the defendant by and through counsel to move this Honorable Court to B be allowed to join in motions of other defendants, including motions for disclosure of impeaching evidence, promises to witnesses, and pretrial hearing on the existence of a conspiracy.

RESPECTFULLY SUBMITTED:

/s/ THOMAS J DRAKE JR.
THOMAS J. DRAKE JR.
405 ½ 31st AVE N STE B
NASHVILLE TN 37209
(615)320-1717
DrakeCourt@att.net

*[Handwritten note: This motion is GRANTED. /s/ Judge 1-12-12]*

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been sent to AUSA Van Vincent and AUSA Blanche Cook, Suite A961, 110 9th Ave S, Nashville TN 37203, and counsel for co-defendants by electronic filing on January 11, 2012.

/S/ THOMAS J DRAKE JR.
THOMAS J. DRAKE JR.