IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

V                                3:10-00260-3

AHMAD ABULNASIR AHMAD

MOTION TO BE ALLOWED TO JOIN
MOTIONS FILED BY CO-DEFENDANTS

Comes the defendant by and through counsel to move this Honorable Court to be allowed to join in motions of other defendants in regard to trial procedure, particularly found at documents 1157, 1160, 1161, and 1162, including conduct of voir dire and cross examination.

*[Handwritten: This motion is GRANTED. /s/ [Judge] 1-19-12]*

RESPECTFULLY SUBMITTED:

/s/ THOMAS J DRAKE JR.
THOMAS J. DRAKE JR.
405 ½ 31st AVE N STE B
NASHVILLE TN 37209
(615)320-1717
DrakeCourt@att.net

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been sent to AUSA Van Vincent and AUSA Blanche Cook, Suite A961, 110 9th Ave S, Nashville TN 37203, and counsel for co-defendants by electronic filing on January 18, 2012.

/S/ THOMAS J DRAKE JR.
THOMAS J. DRAKE JR.