IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

V   3:10-00260-3

AHMAD ABULNASIR AHMAD

MOTION TO JOINT IN CO-DEFENDANT'S MOTION
FOR ADEQUATE MEALS

Comes the defendant by and through counsel to join in Defendant Dahir Nor Ibrahim's motion for adequate meals, (docket entry 1777) and to further advise the Court that cultural and religious beliefs of Islam require that the defendants refrain from eating any pork products, which is one of the ingredients in bolona which is provided to the defendants for lunch.

> This court has previously held that "prison administrators mustprovide an adequate diet without violating the inmate's religious dietary restrictions." *Alexander v. Carrick*, 31 Fed.Appx. 176, 179 (6th Cir. 2002). "If the prisoner's diet . . . is sufficient to sustain the prisoner in good health, no constitutional right has been violated."

COLVIN v. CARUSO, 605 F.3d 282 (6th Cir. 2010)

RESPECTFULLY SUBMITTED:

/s/ THOMAS J DRAKE JR.
THOMAS J. DRAKE JR.
405 ½ 31st AVE N STE B
NASHVILLE TN 37209
(615)320-1717
DrakeCourt@att.net

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been sent to AUSA Van Vincent, and Blanche Cook, Suite A961, 110 9th Ave S, Nashville TN 37203, and counsel for co-defendants by electronic filing on March 5, 2012.

/S/ THOMAS J DRAKE JR.
THOMAS J. DRAKE JR.