IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V   3:10-00260-003

AHMAD A. AHMAD

MOTON TO JOIN IN MOTIONS IN
LIMINE FILED BY CO-DEFENDANTS, PARTICULARLY
DOCKET ENTRY 1856, 1860, 1866, 1867, 1868, 1876

Comes the defendant by and through counsel to file Motion to Join in Motions in Limine filed by co-defendants, particularly docket numbers 1856, 1860, 1866, 1867, 1868, and 1876, which are incorporated herein by reference and adopted as the motions of this defendant.

RESPECTFULLY SUBMITTED:

/s/ THOMAS J DRAKE JR.
THOMAS J. DRAKE JR.
405 ½ 31st AVE N STE B
NASHVILLE TN 37209
(615)320-1717
DrakeCourt@att.net

*[Handwritten annotation: The motion to join is GRANTED. /s/ [Judge] 3-12-12]*

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the foregoing has been sent to AUSA Van Vincent and AUSA Blanche Cook, Suite A961, 110 9th Ave S, Nashville TN 37203, by electronic filing on March 10, 2012.

/S/ THOMAS J DRAKE JR.
THOMAS J. DRAKE JR.